Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-428-493**

**Effective Date of Registration:**
December 17, 2024
**Registration Decision Date:**
January 21, 2025

---

## Title

**Title of Work:** Green Tractor

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** December 19, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Kelsey Dawn McNatt, dba KelseyMDesigns
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kelsey Dawn McNatt, dba KelseyMDesigns
7890 E. 124th Ave., Thornton, CO, 80602, United States

## Rights and Permissions

**Name:** Kelsey Dawn McNatt
**Email:** kelseymdesigns@gmail.com
**Address:** 7890 E. 124th Ave.
Thornton, CO 80602 United States

## Certification

**Name:** David Denholm
**Date:** December 17, 2024
**Applicant's Tracking Number:** KM2024121703

Page 1 of 2



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-428-497**

**Effective Date of Registration:**
December 17, 2024
**Registration Decision Date:**
January 21, 2025

---

### Title

| | |
|---|---|
| **Title of Work:** | School Bus |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | January 29, 2020 |
| **Nation of 1st Publication:** | United States |

### Author

| | |
|---|---|
| **Author:** | Kelsey Dawn McNatt, dba KelseyMDesigns |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Kelsey Dawn McNatt, dba KelseyMDesigns |
| | 7890 E. 124th Ave., Thornton, CO, 80602, United States |

---

### Rights and Permissions

| | |
|---|---|
| **Name:** | Kelsey Dawn McNatt |
| **Email:** | kelseymdesigns@gmail.com |
| **Address:** | 7890 E. 124th Ave. |
| | Thornton, CO 80602 United States |

### Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | December 17, 2024 |
| **Applicant's Tracking Number:** | KM2024121708 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-428-464**

**Effective Date of Registration:**
December 17, 2024
**Registration Decision Date:**
January 21, 2025

---

## Title

| | |
|---|---|
| Title of Work: | Tropical Pineapple |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2019 |
| Date of 1st Publication: | December 06, 2019 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| Author: | Kelsey Dawn McNatt, dba KelseyMDesigns |
| Author Created: | 2-D artwork |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Kelsey Dawn McNatt, dba KelseyMDesigns |
| | 7890 E. 124th Ave., Thornton, CO, 80602, United States |

## Rights and Permissions

| | |
|---|---|
| Name: | Kelsey Dawn McNatt |
| Email: | kelseymdesigns@gmail.com |
| Address: | 7890 E. 124th Ave. |
| | Thornton, CO 80602 United States |

## Certification

| | |
|---|---|
| Name: | David Denholm |
| Date: | December 17, 2024 |
| Applicant's Tracking Number: | KM2024121708 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-428-512**

**Effective Date of Registration:**
December 17, 2024
**Registration Decision Date:**
January 21, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Pink Tractor |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | April 27, 2021 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Kelsey Dawn McNatt, dba KelseyMDesigns |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Kelsey Dawn McNatt, dba KelseyMDesigns |
| | 7890 E. 124th Ave., Thornton, CO, 80602, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Kelsey Dawn McNatt |
| **Email:** | kelseymdesigns@gmail.com |
| **Address:** | 7890 E. 124th Ave. |
| | Thornton, CO 80602 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | December 17, 2024 |
| **Applicant's Tracking Number:** | KM2024121707 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-428-540

**Effective Date of Registration:**
December 17, 2024
**Registration Decision Date:**
January 21, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Peace |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | July 03, 2018 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Kelsey Dawn McNatt, dba KelseyMDesigns |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Kelsey Dawn McNatt, dba KelseyMDesigns |
| | 7890 E. 124th Ave., Thornton, CO, 80602, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Kelsey Dawn McNatt |
| **Email:** | kelseymdesigns@gmail.com |
| **Address:** | 7890 E. 124th Ave. |
| | Thornton, CO 80602 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | December 17, 2024 |
| **Applicant's Tracking Number:** | KM2024121705 |

Page 1 of 2

