**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

KELSEY DAWN MCNATT,

    Plaintiff,                                                                               Case No.: 1:25-cv-15679

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

**SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | LinYiYuKunQiYeGuanLiXinXiZiXunYouXianGongSi |
| 2 | 海冯边玩具 |
| 3 | shijiazhuangqucaimaoyiyouxiangongsi |
| 4 | yunchengjingjijishukaifaquhuaxinershoucheqiche |
| 5 | QuJingXuLiaoShangMao |
| 6 | BEIBEEe |
| 7 | AnZhenJianZhuGongCheng |
| 8 | Bbiasn |
| 9 | chenwebbindexiaodian |
| 10 | GuangShuiShiLiZhuiLangShangMaoYouXianGongSi |
| 11 | zjinxs |
| 12 | WangHu2025 |
| 13 | xinjiangjiashijiejiazhengfuwu |
| 14 | 义乌市筱缴电子商务有限公司 |
| 15 | 淮音商贸行 |
| 16 | hebishishifanquouxingshangmaoyouxiangongsi |
| 17 | XianNaChuanMuC |
| 18 | 贫铭商贸 |
| 19 | CHUNLINSHNAGDIAN |
| 20 | YunNanZiBin |
| 21 | 莱莉电子配件 |

Case: 1:25-cv-15679 Document #: 2 Filed: 12/29/25 Page 2 of 2 PageID #:21

| 22 | aeuxlons |
|----|----------|
| 23 | 勇赣贸易 |
| 24 | wngob |
| 25 | aigjinu |
| 26 | 时代童具商品 |
| 27 | HengYangXianZhaoWanShangMaoYouXianGong |
| 28 | heyuanzhangmaifuzhuang |
| 29 | VIỆT HÀ SEA |
| 30 | THÀNH PHƯỚC OCLT TORO SHOP5555 |
| 31 | Hulduibro |
| 32 | 91140391MAEC5FKRXF |
| 33 | lisheng lu |
| 34 | Cao Home Decoration Store |