AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO. 1:25-cv-15679 | DATE FILED 12/29/2025 | United States District Court<br>Northern District of Illinois |

| PLAINTIFF | DEFENDANT |
|---|---|
| Kelsey Dawn McNatt | The Partnerships and Unincorporated Associations Identified on Schedule A |

| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OR WORK** |
|---|---|---|
| 1 See Attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | B. Irizarry | 10/14/2026 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**VA 2-428-493**

**Effective Date of Registration:**
December 17, 2024

**Registration Decision Date:**
January 21, 2025

## Title

**Title of Work:** Green Tractor

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** December 19, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Kelsey Dawn McNatt, dba KelseyMDesigns
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kelsey Dawn McNatt, dba KelseyMDesigns
7890 E. 124th Ave., Thornton, CO, 80602, United States

## Rights and Permissions

**Name:** Kelsey Dawn McNatt
**Email:** kelseymdesigns@gmail.com
**Address:** 7890 E. 124th Ave.
Thornton, CO 80602 United States

## Certification

**Name:** David Denholm
**Date:** December 17, 2024
**Applicant's Tracking Number:** KM2024121703



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-428-497**

**Effective Date of Registration:**
December 17, 2024
**Registration Decision Date:**
January 21, 2025

## Title

**Title of Work:** School Bus

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** January 29, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Kelsey Dawn McNatt, dba KelseyMDesigns
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kelsey Dawn McNatt, dba KelseyMDesigns
7890 E. 124th Ave., Thornton, CO, 80602, United States

## Rights and Permissions

**Name:** Kelsey Dawn McNatt
**Email:** kelseymdesigns@gmail.com
**Address:** 7890 E. 124th Ave.
Thornton, CO 80602 United States

## Certification

**Name:** David Denholm
**Date:** December 17, 2024
**Applicant's Tracking Number:** KM2024121708


SCHOOL BUS
STOP

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-428-464**
**Effective Date of Registration:**
December 17, 2024
**Registration Decision Date:**
January 21, 2025

## Title

**Title of Work:** Tropical Pineapple

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** December 06, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Kelsey Dawn McNatt, dba KelseyMDesigns
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kelsey Dawn McNatt, dba KelseyMDesigns
7890 E. 124th Ave., Thornton, CO, 80602, United States

## Rights and Permissions

**Name:** Kelsey Dawn McNatt
**Email:** kelseymdesigns@gmail.com
**Address:** 7890 E. 124th Ave.
Thornton, CO 80602 United States

## Certification

**Name:** David Denholm
**Date:** December 17, 2024
**Applicant's Tracking Number:** KM2024121708



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-428-512**
**Effective Date of Registration:**
December 17, 2024
**Registration Decision Date:**
January 21, 2025

## Title

**Title of Work:** Pink Tractor

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 27, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Kelsey Dawn McNatt, dba KelseyMDesigns
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kelsey Dawn McNatt, dba KelseyMDesigns
7890 E. 124th Ave., Thornton, CO, 80602, United States

## Rights and Permissions

**Name:** Kelsey Dawn McNatt
**Email:** kelseymdesigns@gmail.com
**Address:** 7890 E. 124th Ave.
Thornton, CO 80602 United States

## Certification

**Name:** David Denholm
**Date:** December 17, 2024
**Applicant's Tracking Number:** KM2024121707



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-428-540**
**Effective Date of Registration:**
December 17, 2024
**Registration Decision Date:**
January 21, 2025

## Title

**Title of Work:** Peace

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** July 03, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Kelsey Dawn McNatt, dba KelseyMDesigns
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kelsey Dawn McNatt, dba KelseyMDesigns
7890 E. 124th Ave., Thornton, CO, 80602, United States

## Rights and Permissions

**Name:** Kelsey Dawn McNatt
**Email:** kelseymdesigns@gmail.com
**Address:** 7890 E. 124th Ave.
Thornton, CO 80602 United States

## Certification

**Name:** David Denholm
**Date:** December 17, 2024
**Applicant's Tracking Number:** KM2024121705

